# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

NICOLE VANDYKE,

       Petitioner,

    v.

SUPERINTENDENT NICHOLAS,

       Respondent.

No. 4:25-CV-01752

(Chief Judge Brann)

## ORDER

**AND NOW**, this 18th day of June 2026, in accordance with the accompanying Memorandum, **IT IS HEREBY ORDERED** that:

1.  Petitioner Nicole Vandyke's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 is **DENIED**.

2.  A certificate of appealability shall not issue, as Vandyke has not made a substantial showing of the denial of a constitutional right, s*ee* 28 U.S.C. § 2253(c)(2), or that "jurists of reason would find it debatable" whether this Court's procedural rulings are correct, *Slack v. McDaniel*, 529 U.S. 473, 484 (2000).

3.  The Clerk of Court is directed to **CLOSE** this case.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge